USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/19/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LASERMAX, INC.

                PLAINTIFF,

v.

HOWIE GLATTER,

                DEFENDANT.

STIPULATION AND ORDER OF
DISMISSAL
WITH PREJUDICE

CIVIL ACTION NO.:

01 CV-6500 (LMM)

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, the attorney of record for the plaintiff in the above-entitled action, and the *pro se* defendant, that all claims and counterclaims asserted in this action are dismissed with prejudice. Each party is responsible for its own costs and legal fees incurred in connection with this action.

March 17, 2008

HARTER SECREST & EMERY LLP

By: _____
Jeffrey J. Calabrese, Esq. (JC3502)
Attorneys for Plaintiff
1600 Bausch & Lomb Place
Rochester, New York 14604
jcalabrese@hselaw.com

March 14, 2008

HOWIE GLATTER, *PRO SE*

By: _____
Howie Glatter
Defendant *Pro Se*
3850 Sedgwick Avenue, Apt. 14F
Bronx, New York 10463
howieglatter@mindspring.com

So ordered this 19 day of MARCH, 200_

_____
Hon. Lawrence M. McKenna